FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2009 JUN 10  A 11: 07

SIGN
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                                        CRIMINAL NO.: 00-178-JVP-SCR

L.C. BROOKS

# RULING

This matter is before the court on an unopposed motion by defendant for reconsideration of ruling on motion filed pursuant to 18 U.S.C. § 3582(c)(2) (doc. 152). An order denying the motion to reduce sentence was entered March 5, 2009 (doc. 151). There is no need for oral argument.

After careful review of the motion and record, the court concludes that defendant's term of imprisonment should be reduced. His significant criminal history is fully reflected in his criminal history score and he has already received punishment for his violation of prison rules. Further, a reduction in sentence would not pose any greater danger to the community than if the sentence remained unchanged, as he would only be released approximately four years earlier.

Therefore, **IT IS ORDERED** that the term of imprisonment of defendant, L.C. Brooks, be **REDUCED** from 235 to 188 months. An amended judgment shall be entered accordingly.

Baton Rouge, Louisiana, June 10, 2009.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA